1

2                                                              JS-6

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11   STANLEY JACOBS PRODUCTIONS., LTD.,        CASE NO. 2:19-cv-03125-MWF-GJS
     a California Corporation
12                                             Hon. Michael W. Fitzgerald
                    Plaintiffs,
13                                             **ORDER GRANTING STIPULATED**
            v.                                 **DISMISSAL PURSUANT TO F.R.C.P.**
14                                             **41(a)(1)**
     9472541 CANADA INC., a Canadian
15   corporation, d/b/a THANE INC.; 9472550
     CANADA INC., a Canadian corporation d/b/a
16   THANE DIRECT INC.; and 635427, INC., a
     Delaware corporation d/b/a THANE
17   AMERICA INC.,

18                  Defendants.

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

Pursuant to the parties' Stipulation, this Court dismisses the entire case with prejudice.  In addition, pursuant to the agreement of the Parties, the Court retains jurisdiction to enforce the Settlement Agreement.

**IT IS SO ORDERED**.

DATED: <u>February 11, 2022</u>

MICHAEL W. FITZGERALD
United States District Judge